FILE COPY

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF UNITED STATES TRUSTEE
DISTRICTS OF MINNESOTA, IOWA, NORTH DAKOTA AND SOUTH DAKOTA

---

Debtor:   MARILYN JANINE MCLANE
231 31ST AVE N
ST CLOUD, MN 56303
xxx-xx-3638

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA
CASE NO. 05 - 48943
CHAPTER 7

Jt. Debtor:

---

## APPOINTMENT OF INTERIM TRUSTEE AND APPROVAL OF BOND

The following person is hereby appointed interim trustee in the above-referenced case and the trustee's bond is fixed under the blanket bond heretofore approved.

DORRAINE A LARISON
1010 W ST GERMAIN RM 600
ST CLOUD, MN 56301

If the trustee rejects this appointment, the trustee must notify the United States Bankruptcy Court and the United States Trustee within five (5) days of receipt of this notice. Otherwise, the trustee will be deemed to have accepted the appointment as of the date hereof.

HABBO FOKKENA
United States Trustee

Dated: 10/17/05

---

### REJECTION

I, DORRAINE A LARISON , hereby reject appointment as interim trustee of the above-referenced case and certify that I filed the orignal hereof with the United States Bankruptcy Court and a copy hereof with the United States Trustee.

Dated: _____

DORRAINE A LARISON

