CHASE MANHATFAN MORTGAGE
10790 RANCHO BERNARDO ROAD
SAN DIEGO CA 92127


CAPiTOL ONE
4851 COX ROAD
RICHMOND VA 23229


CALVARY PORTFOLIO SERVICES
4050 E COTTON CENTER DRIVE
PHEONIX AZ 85040


ROBERT W KOUBSKY DDS
300 FIRST STREET N
SUITE 102
ST CLOUD MN 56303


SOUTHEAST FINANCIAL CREDIT UNION
510 MARYLAND WAY
SUITE 100
BRENT WOOD TN 37024


ST CLOUD MEDICAL GROUP
4544 COUNTY ROAD 134
ST CLOUD MN 56303


THE GURSTEL LAW FIRM
401 NORTH THIRD STREET
SUITE 590
MINNEAPOLIS MN 55401